| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Hellbender Brewing Company L.L.C. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 45-5299879 |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**5788 2nd Street NE**<br>**Washington, DC 20011**<br>Number, Street, City, State & ZIP Code<br><br>**Dist. of Columbia**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.hellbenderbeer.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Hellbender Brewing Company L.L.C.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **7224**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | **District of Columbia** | **11/01/16** | **16-00577-SMT** |
| District | | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Hellbender Brewing Company L.L.C.**     Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Hellbender Brewing Company L.L.C.**    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on   **January 17, 2025**
                  MM / DD / YYYY

    X  /s/                                         Benjamin D. Evans
       Signature of authorized representative of debtor    Printed name

    Title  **CEO**

18. **Signature of attorney**

    X  /s/                                         Date  **January 17, 2025**
       Signature of attorney for debtor                   MM / DD / YYYY

    **David W. Gaffey**
    Printed name

    **Whiteford, Taylor & Preston LLP**
    Firm name

    **3190 Fairview Park Drive
    Suite 800
    Falls Church, VA 22042-4510**
    Number, Street, City, State & ZIP Code

    Contact phone  **(703) 280-3374**       Email address  **dgaffey@whitefordlaw.com**

    **VA 031 (D.D.C.) DC**
    Bar number and State

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re
**Hellbender Brewing Company L.L.C.,**

Debtor

Case No.

Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept a fee of | $ 31,400.00 |
| Filing Fees | $ 338.00 |
| Prior to the filing of this statement I have received | $ 31,738.00 |
| Balance Due | $ 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

For legal services, I have agreed to accept and received a fee of $**31,400.00.**

2. The source of the compensation paid to me was:

   ☑ Debtor   ☐ Other (specify):   Note: $21,738.00 of the amounts paid to Whiteford were received from funds loaned to the Debtor by majority member Thomas K. Evans.

3. The source of compensation to be paid to me is:
   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and any adjourned hearings thereof.
   d.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Page 1 of 2

## CERTIFICATION

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date: January 17, 2025

Signature of attorney
**David W. Gaffey**
Name, Bar Number
**Whiteford, Taylor & Preston L.L.P.**
Firm
**3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4510**
Address
**(703) 280-3374**
Telephone
**dgaffey@whitefordlaw.com**
Email Address

Benjamin D. Evans
6004 43rd Street
Hyattsville, MD 20781


Cassidy Suggett
390 Galloway Street NW
Washington, DC 20011


Country Malt Group
2501 Kotobuki Way
Vancouver, WA 98660


David Belsky
1400 Irving Street NW
Washington, DC 20010


DC Attorney General's Office
441 4th Street, NW
Washington, DC 20001


DC Dept of Employment Security
(UI Tax)
4058 Minnesota Ave NE
Washington, DC 20019


DC Office of Tax and Revenue
(Sales & Use Tax)
Collection Division
1101 4th Street, SW,#270
Washington, DC 20024


DC Office of Tax and Revenue
Compliance Administration
Collection Division
1101 4th Street, SW, 6th Floor
Washington, DC 20024

DC Office of the Mayor
1350 Pennsylvania Avenue NW
Washington, DC 20004


EagleBank
6010 Executive Boulevard Suite 800
Rockville, MD 20852


Industrial Investors Limited Partnership
Kevin G. Barker, Esq.
Bregman Berbert Schwartz & Gilday LLC
7315 Wisconsin Ave, Suite 800W
Bethesda, MD 20814


Industrial Investors Limited Partnership
c/o Vanguard Realty Group
1390 Piccard Dr., Suite 120
Rockville, MD 20850


Industrial Investors Limited Partnership
c/o B&R Property Management, Inc.
5223 River Road
Bethesda, MD 20816


Interstate Service Company, Inc.
4101 Utah Avenue
Brentwood, MD 20722


Jeff Custer
4115 Emery Place
Washington, DC 20016


Jordan Mechanical Systems
21595 Cedar Lane
Sterling, VA 20166


Juliana White
312 Nicholson Street NE
Washington, DC 20011

Keg Credit, LLC
308 E Renfro Street, Suite 212
Burleson, TX 76028


Keg Logistics
9110 E. Nichols Avenue Suite 105
Centennial, CO 80112


LT Goodluck
5523 South Dakota Ave NE
Washington, DC 20011


Mariana Pessoa Pereira
315 Nicholson Street NE
Washington, DC 20011


N & B Fabrication LLC
8521 Rainswood Dr. Ste 1
Hyattsville, MD 20785


Nick Barber
2119 1st Street NW
Washington, DC 20001


Omar Hernandez
1718 P Street NW
Washington, DC 20036


Patrick Mullane
2804 Mosby Street
Alexandria, VA 22305


Patrick R. Mullane
2804 Mosby Street
Alexandria, VA 22305

PEPCO
701 9th St NW
Washington, DC 20001


Premium Distributors
3500 Fort Lincoln Drive NE
Washington, DC 20018


Premium Distributors of
Washington DC, L.L.C.
3500 Fort Lincoln Drive NE
Washington, DC 20018


Premium Distributors of Wash. DC, L.L.C.
c/o Reyes Holdings, L.L.C.
Attn: RBG General Counsel
6250 N. River Road, Suite 9000
Rosemont, IL 60018


Promark Partners
Industrial Investors Limited Partnership
451 Hungerford Drive Suite 700
Rockville, MD 20850


Rhydwyn Davies
1757 Lamont Street NW
Washington, DC 20010


Roberts Oxygen
17011 Railroad Street
Gaithersburg, MD 20877


Roberts Oxygen Company, Inc.
15830 Redland Road
Rockville, MD 20855


Sasha Amirahmadi
227 Ingraham Street NW
Washington, DC 20011

Thomas K. Evans
721 Amsden Lane
Hockessin, DE 19707


Will Anderson
716 Farragut Place NE
Washington, DC 20017


Williamette Valley Hops
18711 French Prairie Road NE
Saint Paul, OR 97137

**United States Bankruptcy Court**
District of District of Columbia

In re  **Hellbender Brewing Company L.L.C.**                             Case No.
                                            Debtor(s)                    Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Hellbender Brewing Company L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**January 17, 2025**
Date

/s/ David W. Gaffey
Signature of Attorney or Litigant
Counsel for  **Hellbender Brewing Company L.L.C.**
**Whiteford, Taylor & Preston LLP**
**3190 Fairview Park Drive**
**Suite 800**
**Falls Church, VA 22042-4510**
(703) 280-3374
dgaffey@whitefordlaw.com

**United States Bankruptcy Court**
**District of District of Columbia**

In re   Hellbender Brewing Company L.L.C.                               Case No.
                                    Debtor(s)                            Chapter    7

# LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __5__ pages and a total of __38__ entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:   January 17, 2025

_____/s/_____ CEO
Benjamin D. Evans/CEO
Signer/Title

## CORPORATE RESOLUTION

The undersigned, being members holding more than fifty percent (50%) of the Common Interests of Hellbender Brewing Company, LLC, a limited liability company organized under the laws of the state of Delaware (the "Company"), do hereby certify that the resolutions attached hereto as <u>Exhibit A</u> were duly adopted by those members holding more than fifty percent (50%) of the Common Interests of the Company by a vote conducted on January 17, 2025 pursuant to Section 3.4(f) of the First Amended Operating Agreement of Hellbender Brewing Company LLC, which resolutions have not been amended, modified or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF**, the undersigned have signed this certificate and affixed the corporate seal thereto on January 17, 2025.

x_____
By: Benjamin D. Evans
Title: Managing Member
Common Interests: 26.99%

x_____ 01-16-2025
By: Thomas K. Evans
Title: Member
Common Interests: 50.29%    01-16-2025

## EXHIBIT A

## RESOLUTION OF ACTION OF
## HELLBENDER BREWING COMPANY, LLC

**WHEREAS**, the undersigned Members of Hellbender Brewing Company, LLC (the "Company"), holding more than fifty percent (50%) of the Common Interests of the Company, have determined that it is desirable and in the best interest of the Company, its creditors, and/or members and other interested parties, that the Company file a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that the filing by the Company of a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia, or such other appropriate venue (the "Bankruptcy Court"), be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that Benjamin D. Evans (the "Managing Member") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 7 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Managing Member shall determine; and it is further

**RESOLVED**, that the Managing Member of the Company, and such other Agent as he may from time to time designate (each a "Representative") in his sole and absolute discretion, be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

**RESOLVED**, that each Representative be, and hereby is, authorized and directed to retain Whiteford, Taylor & Preston, LLP, or such other legal counsel of their choosing, to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Representative shall approve; and it is further

**RESOLVED**, that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

**RESOLVED**, that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses, in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 17th day of January 2025, the Members of the Company have set their hand adopting the foregoing resolutions,

x _____
By: Benjamin D. Evans
Title: Managing Member
Common Interests: 26.99%

x _____ 01-16-2025
By: Thomas K. Evans
Title: Member
Common Interests: 57.39%

2